# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LYNDA G. CARLYLE<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTH PARTNERS, INC., ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:21-CV-00920-RK |

**DECLARATION OF JONATHAN COOPER**

STATE OF TENNESSEE )
) ss.
COUNTY OF Williamson )

Jonathan Cooper, upon personal knowledge, states as follows:

1) My name is Jonathan Cooper. I am a male over eighteen years of age and a resident of Williamson County, Tennessee.

2) I currently work as the Senior Vice President of Human Resources and Administration for American Health Partners Management, LLC, in Franklin, Tennessee.

3) American Health Companies, LLC, d/b/a American Health Partners ("AHP") is a Tennessee limited liability company.

4) TruHealth, LLC, f/k/a TruHealth, Inc., d/b/a TruAdvantage, Inc. ("TruHealth") is a Tennessee limited liability company authorized to do business in the State of Missouri.

5) TruHealth is a wholly owned subsidiary of AHP.

6) TruHealth provides nurse practitioner ("NP") and physician assistant services in skilled nursing facilities in Missouri.

I declare under penalty of perjury that the foregoing is true and correct.

Jonathan Cooper

10/18/22

Date