Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

---

LYNDA G. CARLYLE,

Plaintiff,

vs. Case No. 4:21-CV-00920-RK

AMERICAN HEALTH PARTNERS,
LLC, et al.,

Defendants.

---

Videotaped Deposition of:

JONATHAN COOPER

Taken on behalf of the Plaintiff
June 9, 2022
Commencing at 8:44 a.m. CST

---

Reported by: Jenny Checuga, LCR, RPR

**of management or human resources." Did I read that correctly?**

A. Yes.

**Q. And I'm going to skip a line, and then it says, "The complaint will be immediately and thoroughly investigated in a professional manner."**

A. Yes.

**Q. Did I read that right?**

A. Yes, you did.

**Q. Who -- typically, who conducts investigations when complaints are made?**

A. Of this nature, it's human resources in coordination with the business leader, unless it involves the business leader.

**Q. In this situation, would Kami Carlson be the business leader?**

A. Yes.

**Q. So you said HR would investigate in coordination with the business leader unless it involves a business leader. Why would the business leader, if she was involved, not be involved in the investigation?**

A. If I understand that right, if it's an allegation against the business leader, we're

going to go above her chain -- his or her chain of command to go to that person's supervisor to involve them.

**Q. If the allegation was not directly against the business leader but the business leader was involved, would you expect that business leader to recuse herself?**

MR. HOLLAND: Object to the form.

Go ahead and answer.

THE WITNESS: It would depend on the situation.

BY MR. MCENANEY:

**Q. If the HR representative who is working in coordination with the business leader knew of the business leader's involvement, would you expect the business leader to not investigate the complaint?**

MR. HOLLAND: Same objection.

THE WITNESS: You're going to have to define this, what you've just -- I -- I got -- I was -- I'm confused.

BY MR. MCENANEY:

**Q. No problem.**

**If someone's involved in a complaint of discrimination or retaliation, would you agree**

**Kelly Hilmes; is that right?**
A. I believe.
**Q. And who is -- who's Tutera?**
A. Tutera is the skilled nursing company that we serve by our clinical staff.
**Q. Do they own the facility?**
A. Tutera owns the facility. We don't own the facility.
**Q. So Kelly --**
A. We -- we meaning American Health.
**Q. Yeah, okay.**
**So Kelly Hilmes is the vice president of the company who owns the facility?**
A. Yes.
**Q. Am I tracking that right?**
A. Or manages it, just to be very clear. I don't know about their ownership structure.
**Q. That's fair, okay.**
**Have you ever known a facility to report itself to the State?**
A. Yes.
**Q. Do you recall which facility that was?**
A. No.
**Q. Are you aware of any other employees who have reported facilities to a State?**

**Q. Would you agree with me that it looks like part of the corrective action is she may be asked not to return to the facilities?**

MR. HOLLAND: Object to the form, document speaks for itself.

Go ahead and answer.

THE WITNESS: Yes. It -- it says that, but I wasn't there during the counseling.

BY MR. MCENANEY:

**Q. Did American Health own or manage any facilities of its own?**

A. Yes.

**Q. Did it own any in Missouri?**

A. No.

**Q. So TruHealth, which if I understand, is a subsidiary or something similar to American Health; is that right?**

A. Yes.

**Q. So TruHealth places nurse practitioners and other healthcare providers in these facilities to provide services; is that right?**

A. Yes.

**Q. And American Health, TruHealth, doesn't have any facilities of its own in Missouri, right?**

REPORTER'S CERTIFICATE

STATE OF TENNESSEE
COUNTY OF SUMNER

I, JENNY CHECUGA, Licensed Court Reporter, with offices in Nashville, Tennessee, and Registered Professional Reporter, hereby certify that I reported the foregoing videotaped deposition of JONATHAN COOPER by machine shorthand to the best of my skills and abilities, and thereafter the same was reduced to typewritten form by me.

I further certify that I am not related to any of the parties named herein, nor their counsel, and have no interest, financial or otherwise, in the outcome of the proceedings.

I further certify that in order for this document to be considered a true and correct copy, it must bear my original signature and that any unauthorized reproduction in whole or in part and/or transfer of this document is not authorized, will not be considered authentic, and will be in violation of Tennessee Code Annotated 39-14-104, Theft of Services.

JENNY CHECUGA, LCR, RPR
Licensed Court Reporter (TN)
Notary Public State of Tennessee

My Notary Commission Expires: 5/22/2023
LCR #690 - Expires: 6/30/2022